UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY KATHERINE DAY-
PETRANO, etc.,

Plaintiff,

v.                                                  CASE NO. 8:14-CV-1287-T-17MAP

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 16  Motion for Remand
Dkt. 18  Response

The Complaint in this case includes Plaintiff's claim for bad faith and refusal to
pay UM benefits in connection with an accident which occurred on January 5, 2008 in
Clearwater, Florida. Plaintiff Mary Katherine Day-Petrano has moved to remand this
case to Pinellas County Circuit Court.

Defendant Nationwide Mutual Fire Insurance Company opposes the remand of
this case.

I.  Discussion

Plaintiff argues that Defendant's Notice of Removal is defective for failing to
mention Plaintiff's pending Chapter 12 Bankruptcy Case in which Defendant is a

Case No. 8:14-CV-1287-T-17MAP

creditor, and is untimely for exceeding the 90-day time limit imposed by Fed. R. Bk. P. 9027(a)(2).  Plaintiff also argues that the general removal statute does not control because the remand of claims arising under or related to the Bankruptcy Code is governed by 11 U.S.C. Sec. 1452, which provides for remand on equitable grounds. Plaintiff further argues that Defendant Nationwide has waived its right to remove this case, by filing a proof of claim in the Bankruptcy Court without checking the "set-off" box on the proof of claim form.

Defendant responds that this case was properly removed and removal is timely pursuant to 28 U.S.C. Sec. 1446(b) and  Fed. R. Bk. P. 9027(a)(3).  Defendant further responds that this case was not removed pursuant to 28 U.S.C. Sec. 1452, and because diversity provides an independent basis of jurisdiction, equitable remand is inapplicable.

Plaintiff Mary Katherine Day-Petrano filed her Complaint in Pinellas County Circuit Court on January 3, 2014, Case No. 14-000133-CI.  Plaintiff Day-Petrano filed the First Amended Complaint, in which Plaintiff seeks the award of damages in the amount of $220,000,000.00, on April 20, 2014.

Plaintiff filed a Voluntary Petition under Chapter 12 in United States Bankruptcy Court on February 7, 2014, Case No. 8:14-bk-01368-CPM.  Plaintiff's Chapter 12 petition was converted to Chapter 13 on November 10, 2014.

After service on May 2, 2014, Defendant Nationwide removed this case pursuant to 28 U.S.C. Sec. 1446 on May 30, 2014 on the basis of diversity jurisdiction.   In the Notice of Removal, Defendant alleges original jurisdiction under 28 U.S.C. Sec. 1332 and removal pursuant to 28 U.S.C. Sec. 1441.  Defendant alleges that Plaintiff and Defendant are citizens of different states, and the amount in controversy more likely than not exceeds $75,000.00.  Defendant has met its burden of establishing diversity

2

Case No. 8:14-CV-1287-T-17MAP

jurisdiction.  The Court does not have discretion to remand a case over which the Court has subject matter jurisdiction.  The fact there is no mention of Plaintiff's bankruptcy case does not divest the Court of jurisdiction.  After consideration, the Court denies the Motion to Remand.

This case may be property of the estate.  It is not clear to the Court whether the Trustee in Plaintiff's Chapter 13 case has made any determination as to the disposition of this case and whether the Trustee will be substituted for Plaintiff.  The Court directs the Trustee to file a response to this Order within fourteen days advising the Court of the Trustee's position.  Accordingly, it is

**ORDERED** that the Motion to Remand (Dkt. 16) is **denied**.  It is further

**ORDERED** that the Chapter 13 Trustee, Jon M. Waage, shall notify the Court as to the status of this case in relation to Plaintiff's Chapter 13 case.  The Clerk of Court shall mail a copy of this Order to the following:

Michael E. Cecil, Esq.
Jon M. Waage, Chapter 13 Trustee
P. O. Box 25001
Bradenton, FL 34206-5001
Email: michael.cecil@tampa13.com

Jon Waage
P. O. Box 25001
Bradenton, FL 34206-5001
Email: jwflecf@trustee13.com

3

Case No. 8:14-CV-1287-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this
___ day of February, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Michael Cecil, Esq.
Jon Waage, Chapter 13 Trustee

4